## AFFIDAVIT OF SERVICE

U.S. District Court Court

**State of New York**   **County of Eastern**

Index Number: 1:23-CV-7719
Date Filed: _____

Plaintiff: **MAIA KATSITADZE, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED**
vs.
Defendant: **M&S CAFE INC., MICHAEL DOE AND SUSAN DOE**

For:
Dianne Gonzalez

Received by Alexander Romero on the 10th day of March, 2025 at 5:00 pm to be served on **MICHAEL AGOLA, 3846 NW 62ND COURT, COCONUT CREEK, FL 33073.**

I, Alexander Romero, being duly sworn, depose and say that on the **1st day of April, 2025 at 3:20 pm, I:**

**POSTED** by attaching a true copy of the Summons in a Civil Action, First Amended Complaint, with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **3846 NW 62ND COURT, COCONUT CREEK, FL 33073.**

Additional Information pertaining to this Service:
3/11/2025  9:35 pm  Attempted service at 3846 NW 62ND COURT, COCONUT CREEK, FL 33073. No answer at the door. No answer on ring doorbell. Dodge coupe in the driveway tag#L8MZA.
3/12/2025  8:27 pm  Attempted Service. 3846 NW 62ND COURT, COCONUT CREEK, FL 33073- No answer at the door. No answer on ring doorbell. A woman approached me on the sidewalk and told me that she is dog sitting for the owner. She told me that the owner should be back next week but could not give me the exact day. Cadillac sedan tag#AQ81TZ parked in the driveway.
3/21/2025  9:05 pm  Attempted service at 3846 NW 62ND COURT, COCONUT CREEK, FL 33073. A man came to the window of the second floor and told me that Michael is not home at the moment. I told him that I can leave the documents with him. He then called someone on the phone for permission. I heard him arguing over the phone, he came back to window and told me that he is not allowed to open the door and accept service.
4/1/2025  3:15 pm  Attempted Service. 3846 NW 62ND COURT, COCONUT CREEK, FL 33073- No answer at the door.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.
NOTARY NOT REQUIRED PURSUANT TO F.S.92.525(2).

Subscribed and Sworn to before me on the 2nd day of Apr.l, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
YADIRA MACEIRA
Notary Public
State of Florida
Comm# HH325352
Expires 11/7/2026

_____
Alexander Romero
#1689

Preferred Process Servers Inc
166-06 24th rd
LL
Whitestone, NY 11357
(718) 362-4890

Our Job Serial Number: PTG-2025000498
Ref: Client's File # katsitadze vs m&s cafe

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

Affidavit of Mailing

United States District Court, Eastern District of New York          Index# 1:23-CV-7719

---

Maria Katsitadze on behalf of herself and other similarly situated in the proposed FLSA collection action

VS.

M & S Café Inc et al

---

State of New York, County of Queens ss:

Joseph Staropoli deposes and says that he is over the age of eighteen (18), resides in the State of New York and is not a party to this action.

On **4/8/25** deponent completed service on **Michael Agola at 3846 NW 62nd Court, Coconut Creek, FL 33073**

By mailing a copy of a Summons in a Civil Action, First Amended Complaint in a postpaid properly addressed envelope by **first class mail** in an official depository of the United States Postal Service in the State of New York bearing the words "Personal and Confidential".

Sworn to before me on: April 8, 2025

_____

DIANNE GONZALEZ
Notary Public, State of New York
Reg. No. 01GO6025621
Qualified in Queens County
Commission Expires August 3, 2027

_____
Joseph Staropoli Lic#2095310

Preferred Process Servers Inc 166-06 24th Rd, Whitestone, NY 11357  718-362-4890