UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Maia Katsitadze, on behalf of herself and others
similarly situated in the proposed FLSA
Collective Action,

                                Plaintiff,                 JUDGMENT

      v.                                              23-cv-07719-NRM-CLP

M&S Cafe Inc., Michael Agola, and
Zsuzsanna Tiringer (a/k/a Susan Tiringer),

                             Defendants.
------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 1, 2024; and Defendants, M&S Cafe Inc., and Michael Agola, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Maia Katsitadze in the total sum of Thirty-One Thousand Two Hundred Dollars and Zero Cents ($31,200.00); it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Maia Katsitadze and against Defendants, M&S Cafe Inc., and Michael Agola, in the total sum of Thirty-One Thousand Two Hundred Dollars and Zero Cents ($31,200.00).

Dated: Brooklyn, New York                      Brenna B. Mahoney
       August 8, 2025                     Clerk of Court

                                     By:     */s/Jalitza Poveda*
                                           Deputy Clerk